Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
### for the

_____ District of Columbia

_____ Division

Case: 1:25–cv–00357
Assigned To : Unassigned
Assign. Date : 1/30/2025
Description: Pro Se Gen. Civ. (F–DECK)

)
)
)    Case No. _____
)
)         (to be filled in by the Clerk's Office)
)
)

MAY CHEN et.al.
### Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

District of Columbia (All Black)
State of Maryland (All Black)
State of California (All Black)
State of Texas (All Black)
### Defendant(s)
(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — MAY CHEN
Street Address — illegally demolished by P.G. County, Maryland
City and County — 4713 Wisconsin Ave NW
State and Zip Code — District of Columbia 20016
Telephone Number —
E-mail Address — nationalhealthcarefdN@gmail.com

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed

RECEIVED

JAN 30 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**

Name     District of Columbia (All Black People)

Job or Title *(if known)*

Street Address     444 4th St NW

City and County

State and Zip Code     Washington DC 20001

Telephone Number

E-mail Address *(if known)*     chad.copeland@dc.gov; stephanie.litos@dc.gov

**Defendant No. 2**

Name     State of Maryland (All Black People)

Job or Title *(if known)*

Street Address     200 St. paul place

City and County     Baltimore

State and Zip Code     Maryland 21202

Telephone Number

E-mail Address *(if known)*     civilrights@oag.State.md.US

**Defendant No. 3**

Name     State of California (All Black People)

Job or Title *(if known)*

Street Address     1300 I Street

City and County     Sacramento

State and Zip Code     California 93814

Telephone Number

E-mail Address *(if known)*     Stateinfo@State.ca.gov

**Defendant No. 4**

Name     State of Texas (All Black people)

Job or Title *(if known)*

Street Address     300 W. 15th Street

City and County     Austin

State and Zip Code     Texas 78701

Telephone Number

E-mail Address *(if known)*     disaster-Counsel@oag.texas.gov

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question                    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*    MAY CHEN                              , is a citizen of the State of *(name)*    United States                    .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                                      , is incorporated under the laws of the State of *(name)*                                      ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*                              , is a citizen of

the State of *(name)*                              . Or is a citizen of

*(foreign nation)*                              .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b. If the defendant is a corporation

The defendant, *(name)* District of Columbia et.al. , is incorporated under the laws of the State of *(name)* District of Columbia , and has its principal place of business in the State of *(name)* District of Columbia .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

21 times of $59 0000000000 0000000000 U.S. Dollars the subject default debt owed from 2013 – 2025 –future.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

District of columbia
State of Maryland
State of California
State of Texas

B. What date and approximate time did the events giving rise to your claim(s) occur?

District of Columbia: Jan 3, 2025; Jan 9, 2025, Jan 23, 2025; Jan 25, 2025; Jan 26, 2025, Jan 29, 2025; Jan 30, 2025
State of Maryland: 2012 to 2025
State of California: 2002 to 2025

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

District of Columbia: 18 wrongful parking tickets and predatory activities; repeated destruction and vandalism vehicle; MPD failed to prosecute crimes (theft, banking violations repeatedly, simple assault and aggravated assault caused physical damages; aggravated robbery); MPD excessive force and Misapply law caused whole life damages
State of Maryland: 10 intentionally caused grievances and wrongful judgments. Significant economic damages and losses; Housing demolition, Bank accounts

IV.    **Irreparable Injury** deposit loss; personal belongings; civil rights violation etc.

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Black perpetrators in Texas, California, Maryland, Washington DC brought irreparable damages, losses, trauma, pain, suffering to my life by repeatedly and provocatively create criminal matters such as: physical threat; miscarry justice, failure to implement the law, misapply law, intentionally create matter, predatory activities, invade privacy; vandalism; repeated false police action, wrongful judgment repeated wrongful parking tickets, unfairness; abuse, fraud etc.

V.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Complaint and Injunction: June 25, 2024
2. Complaint and Injunction: October 30, 2024
3. Complaint and Injunction: January 30, 2025
4. All other lawsuits. Barring Notice, Injunction Relief

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _January 30, 2025_

Signature of Plaintiff    _MC_

Printed Name of Plaintiff    _MAY CHEN et.al._

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____